UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21133-MC-GRAHAM/O'SULLIVAN

UNITED STATES OF AMERICA,

    Petitioner,

v.

NEIL LETT,

    Respondent.
_____/

## ORDER

THIS MATTER is before the Court on Petitioner's Amended Complaint to Enforce Internal Revenue Summons (DE# 4, 8/16/07). On September 26, 2007, an evidentiary hearing took place on Petitioner's Amended Complaint to Enforce Internal Revenue Summons (DE# 4, 8/16/07). On September 27, 2007, the respondent faxed the attached correspondence to Chambers. In this correspondence, the respondent requests that the Court dismiss the Petitioner's Amended Complaint to Enforce Internal Revenue Summons (DE# 4, 8/16/07) based on the government's lack of preparedness. Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the respondent's request to dismiss Petitioner's Amended Complaint to Enforce Internal Revenue Summons (DE# 4, 8/16/07) is **DENIED**. The government shall file its memorandum of law in accordance with the Court's prior Order (DE# 17). It is further

ORDERED AND ADJUDGED that the respondent shall not submit any further correspondence to Chambers. See S.D. Fla. Local Rule 7.7 (correspondence to the

Court). The respondent shall present any future requests for relief in the form of a motion filed with the Clerk of the Court. A copy of that motion shall be provided to the government.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **27th** day of September, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

U.S. District Judge Graham
All Counsel of Record

Neil Lett
12637 NW 12 Court
Sunrise, Florida 33323
Fax: (954) 835-0189

September 27, 2007

United Sstates Magistrate Judge John J. O'Sullivan
United States District Court
300 NE First Avenue
Miami, Florida 33132
Telephone: 305-523-5920

Dear Honorable Judge O'Sullivan:

Thank you for your patience in sufferng through a novice in your courtroom yesterday.

Due to my nervousness, intimidation and lack of experience, I failed to follow up on the objection raised when U.S. Attorney Rodriguez was presenting her argument. Therefore, I respectfully request you consider the following:

Ms. Rodriguez has had ample time to prepare for this case. I made my position perfectly clear in the response to the petition (see items number II and XI). In addition, her office brought this case to court. My objection is that Ms. Rodriguez has the opportunity to prosecute me twice. It is unfair I should suffer further mental anguish, not to mention time and monies lost due to Ms. Rodriguez's lack of preparedness at the first Trial.

I believe this case should be dismissed on these grounds.

Thank you for your kind and thoughtful attention to this matter.

Respectfully,

*[signature]*

Neil Lett
12637 NW 12th CT
Sunrise, Florida 33323
(54-835-0326

United States District Court
Southern District of Florida
Case No.: 07-21133-civ-Grahan/O'Sullivan

United States of America,

    Petitioner,

vs.

Neil Lett.

    Respondent.

_____/

Response To Petition

I, Neil Lett respond to claims made by R. Alexander Acosta, United States Attorney in and for the Southern District of Florida as follows:

I

No Response at this time.

II

Revenue Officer J. Daily is not authorized nor does she have the authority to to issue an Internal Revenue Service summons contained in 26 U.S.C. Section 7062.

III

Address is Correct.

IV

No Response at this time.

V

No Response at this time.

VI

Respondent did not refuse to comply. Respondent requested information and received no reply. With the exception of the first sentence, this entire paragraph is an innacurate portrayal of the respondent and his actions. Mr. Acosta's misrepresentation of the facts seeks to put the respondent in a bad light prior to these proceedings.

VII

No Response at this time.

VIII

No Response at this time.

IX

No Response at this time.

X

No Response.

XI

The administrative steps required by the Internal Revenue Code, Sec. 7602 (a). have not been followed.

[signature redacted]

Neil Lett 12th CT
Sunrise, FL 33323
954-588-2551